Chapter 13 Case #: 14-40946

Jan Hamilton, Trustee
P.O. Box 3527
Topeka, KS 66601-3527

# IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period from May 01, 2015 to August 08, 2016

Re: DEANNA LORRAINE WILLIAMS
277 SAN MARTIN DR
NOVATO, CA 94945

Attorney: STANLEY R AUSEMUS CHTD
413 COMMERCIAL
PO BOX 1083
EMPORIA, KS 66801-1083

(620)342-8717

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| May 05 | 1,275.00 | Jun 02 | 1,275.00 | Jul 06 | 1,275.00 | Aug 04 | 1,275.00 |
| Sep 08 | 1,275.00 | Oct 06 | 1,275.00 | Nov 03 | 1,275.00 | Dec 07 | 1,275.00 |
| Dec 21 | 1,275.00 | Feb 08 | 1,275.00 | Mar 28 | 1,275.00 | May 05 | 1,275.00 |
| Jun 07 | 1,275.00 | Jul 20 | 1,275.00 | | | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| ATTY | STANLEY R AUSEMUS CHTD | Admin | | 2,000.00 | 100.00% | 1,916.59 | 0.00 | 83.41 |
| F-FEE | CLERK OF THE BANKRUPTCY COURT | Admin | | | | | | |
| 1 | NCEP LLC | Secured | 4.75% | 8,577.50 | 100.00% | 4,499.51 | 630.79 | 4,077.99 |
| 2 | CREDIT FIRST NA | Unsecured | | 859.84 | 100.00% | 0.00 | 0.00 | 859.84 |
| 3 | HOSPITAL DIST NO 1 MARION CO | Unsecured | | 497.06 | 100.00% | 0.00 | 0.00 | 497.06 |
| 4 | US DEPT OF EDUCATION | | | PAY DIRECT | | | | |
| 5 | QUANTUM3 GROUP LLC agent for | Unsecured | | 319.87 | 100.00% | 0.00 | 0.00 | 319.87 |
| 6 | CAPITAL ONE AUTO FINANCE | Secured | 4.75% | 28,999.69 | 100.00% | 15,212.54 | 2,132.63 | 13,787.15 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 856.92 | 100.00% | 0.00 | 0.00 | 856.92 |
| 8 | VENTURE FINANCIAL SERVICES INC | Unsecured | | 1,251.90 | 100.00% | 0.00 | 0.00 | 1,251.90 |
| 9 | TINKER FEDERAL CREDIT UNION | Unsecured | | 3,565.86 | 100.00% | 0.00 | 0.00 | 3,565.86 |
| 10 | REAL TIME RESOLUTIONS INC | Unsecured | | 585.00 | 100.00% | 0.00 | 0.00 | 585.00 |
| 11 | RESURGENT CAPITAL SERVICES | Unsecured | | 1,055.87 | 100.00% | 0.00 | 0.00 | 1,055.87 |
| 12 | RESURGENT CAPITAL SERVICES | Unsecured | | 506.47 | 100.00% | 0.00 | 0.00 | 506.47 |
| 13 | RESURGENT CAPITAL SERVICES | Unsecured | | 540.53 | 100.00% | 0.00 | 0.00 | 540.53 |
| 14 | ALLIANCE RADIOLOGY | Unsecured | | 199.00 | 100.00% | 0.00 | 0.00 | 199.00 |
| 15 | MISSOURI DEPARTMENT OF REVENUE | Priority | | 554.59 | 100.00% | 0.00 | 0.00 | 554.59 |
| 0 | STANLEY R AUSEMUS CHTD | Priority | | 300.00 | 100.00% | 0.00 | 0.00 | 300.00 |
| 1 | NCEP LLC | Unsecured | | 11,641.13 | 100.00% | 0.00 | 0.00 | 11,641.13 |
| TTE | Trustee Compensation | Admin | | | | 2,382.94 | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 08/08/2016

Receipts: $26,775.00 - Paid to Claims: $22,475.47 - Administrative Costs Paid: $4,299.53 = Balance on Hand: $0.00.

Owed to Claims: $40,682.59 + Administrative Fees Unpaid: $4,420.06 = Total Unpaid: $45,102.65 - Funds Undisbursed: $0.00 =

Amount Remaining: $45,102.65**

** **NOTE:** The "Amount Remaining" ***DOES NOT*** represent the payoff amount for your case, but reflects the amounts according to the Trustee's records, as of the date of this report. If you intend to pay off your case, you ***must*** consult with your attorney.

**NOTE:** Your case information is available at no charge from the National Data Center . Please visit www.ndc.org and click on the "Get Started" button to sign up for debtor access, or the "Debtor Log In" button if you have already signed up .

*pf340/ 8/9/16*